MARCH 3, 1958.

No. 2, Original. WISCONSIN ET AL. *v.* ILLINOIS ET AL.; No. 3, Original. MICHIGAN *v.* ILLINOIS ET AL.; and No. 4, Original. NEW YORK *v.* ILLINOIS ET AL. The application and motion herein are denied, with leave to renew the application and motion with allegations made more definite and certain as a basis for the relief sought. *Stewart G. Honeck,* Attorney General, and *Roy G. Tulane,* Assistant Attorney General, for the State of Wisconsin; *Miles Lord,* Attorney General, and *Melvin J. Peterson,* Deputy Attorney General, for the State of Minnesota; *William Saxbe,* Attorney General, and *Robert E. Boyd,* Assistant Attorney General, for the State of Ohio; *Thomas D. McBride,* Attorney General, and *Lois G. Forer,* Deputy Attorney General, for the State of Pennsylvania; *Thomas M. Kavanagh,* Attorney General, *Samuel J. Torina,* Solicitor General, and *Nicholas V.*

*Olds,* Assistant Attorney General, for the State of Michigan; and *Louis J. Lefkowitz,* Attorney General, and *John R. Davison,* Solicitor General, for the State of New York, applicants-complainants. *Latham Castle,* Attorney General of Illinois, *William C. Wines,* Assistant Attorney General, *Russell W. Root, Lawrence J. Fenlon, Joseph B. Fleming* and *Thomas M. Thomas* for defendants. *Frederick M. Rowe* entered an appearance for the State of Illinois and the Metropolitan Sanitary District of Greater Chicago, defendants. *Solicitor General Rankin, John F. Davis* and *David R. Warner* filed a memorandum for the United States, as *amicus curiae,* at the invitation of the Court to express the views of the Government with respect to the application and motion. For previous order see 355 U. S. 909.